

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

April 25, 2023

   Re: *Dicks v. Cooks Junction, Inc., Case 1:22-cv-06495*
      Request for Adjournment of Settlement Conference

Dear Judge Liman:

  Plaintiff submits this letter-motion to seek an adjournment of the status conference, currently scheduled for May 2, 2023. Counsel will be traveling out of the country and unable to attend the conference. Plaintiff proposes a new date of May 26, 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both Parties consent.

  We thank the Court for its attention and consideration of this matter.

                Respectfully submitted,

                */s/ Mars Khaimov*
                Mars Khaimov, Esq.
                Attorney for Plaintiff

ORDER: The status conference currently scheduled for May 2, 2023 shall be rescheduled to May 26, 2023 at 2:00pm. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

Date: 4/26/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge