**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

VALERIE DICKS, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

COOKS JUNCTION, INC.,

                Defendant.
_____

Case 1:22-cv-06495

Per the parties' stipulation, this action is hereby DISMISSED with prejudice. The Clerk of Court is directed to terminate all open motions and close the case.

Dated: August 2, 2023
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed with prejudice, and without costs to any party in this action. Each party will bear its own attorneys' fees.

Dated: July 21, 2023

| | |
|---|---|
| By: _____<br>Mars Khaimov, Esq.<br>Mars Khaimov Law, PLLC<br>Attorney for Plaintiff<br>108-26 64th ave., Floor 2<br>Forest Hills, NY 11375<br>T: 929-324-0717<br>mars@khaimovlaw.com | By: _____<br>Philip H. Stillman, Esq.<br>Attorney for Defendant<br>3015 North Bay Road \| Suite B \|<br>Miami Beach, FL 33140<br>T: 888.235.4279<br>pstillman@stillmanassociates.com |